H. W. FINDLEY and Helen B. Findley,
Petitioners,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent.

No. 11947.

United States Court of Appeals
Third Circuit.

Argued Oct. 5, 1956.

Decided Oct. 11, 1956.

Robert F. Banks, Pittsburgh, Pa., (Sidney B. Gambill, Reed, Smith, Shaw & McClay, Pittsburgh, Pa., on the brief), for petitioners.

Sheldon I. Fink, Washington, D. C., (Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Harry Baum, Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before McLAUGHLIN, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

In this fact case the careful opinion of Judge Pierce in the Tax Court is justified by the facts and the fair inferences therefrom. 25 T.C. 311.

The decision of the Tax Court will be affirmed.

BENMATT ORGANIZATION, Inc.,
Appellant,

v.

UNITED STATES of America,
Appellee.

No. 15607.

United States Court of Appeals
Ninth Circuit.

Sept. 26, 1956.

Riley & Hall, B. H. Neblett, Los Angeles, Cal., for appellant.

Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Davis W. Morton, Jr., Sp. Assts. to Atty. Gen., Laughlin E. Waters, U. S. Atty., Edward R. McHale, Bruce I. Hochman, Asst. U. S. Attys., Los Angeles, Cal., for appellee.

Before LEMMON, BARNES and HAMLEY, Circuit Judges.

PER CURIAM.

The able trial judge adequately and properly disposed of the points advanced by appellant on this appeal. We adopt his opinion as our own, D.C., 134 F.Supp. 511, and on the basis of that opinion the judgment is

Affirmed.